RECEIVED
By THewlett at 9:59 am, Feb 02, 2026

FILED
2026 FEB 6 AM 11:34
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26mj69 JCB |
| BRENT SCOTT NELSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  BRENT SCOTT NELSON                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 922(g)(1), Felon in Possession of A Firearm and Ammunition

Date:  January 30, 2026

*Issuing officer's signature*

City and state:   Salt Lake City, Utah

JARED C. BENNETT, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/30/26 , and the person was arrested on *(date)* 2/5/26
at *(city and state)* Salt lake city, UT .

Date: 2/6/26

*Arresting officer's signature*

J. PETERS; DUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:       Weight:

Sex:       Race:

Hair:       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Submit     Go