MELISSA HOLYOAK, United States Attorney (#9832)
JOEY L. BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 11 '26 AM03:43

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| vs. | |
| BRENT SCOTT NELSON, | |
| Defendant. | Case: 2:26-cr-00028<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 2/10/2026 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about January 29, 2026, in the District of Utah,

BRETT SCOTT NELSON,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

Glock 17 9mm handgun and associated ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924 or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- Glock 17, 9 mm handgun SN DSL372
- Associated ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
JOEY L. BLANCH
Assistant United States Attorney

2